822

No. 113. Dolmage v. Chicago, Rock Island & Pacific Railroad Co. Supreme Court of Minnesota. Certiorari denied. *Donald A. Chapman* for petitioner. *Eaton Adams, Robert O. Sullivan and Arthur I. Donnelly* for respondent.

No. 122. Harris v. United States. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg and Felicia Dubrovsky* for the United States.

No. 123. Osborne v. Owsley, Sheriff. Supreme Court of Missouri. Certiorari denied. *John T. Barker* for petitioner. *David M. Proctor, Jr. and Richard K. Phelps* for respondent.

No. 124. Local No. 3, United Packinghouse Workers of America, CIO, v. Wilson & Co., Inc. et al. C. A. 8th Cir. Certiorari denied. *Arthur J. Goldberg, Thomas E. Harris, Eugene Cotton* and *Allen Heald* for petitioner. *Solicitor General Sobeloff* and *George J. Bott* for the National Labor Relations Board; and *Francis X. Reilly, Jr.* for Wilson & Co., Inc., respondents.

No. 128. Proctor Electric Corp. v. Maslo Manufacturing Corp. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Ira Jewell Williams* and *Thomas Raeburn White for petitioner. Bertram Bennett* for respondent.

No. 129. San Juan Trading Co., Inc. v. Mexican Steamship Marmex et al. C. A. 1st Cir. Certiorari